FILED
CLERK, U.S DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

NIGI WAKUMKUTU WILLIAMS,

               Petitioner,

   v.

L.E. SCRIBNER, Warden,

               Respondent.

No.  CV 07-2694-R (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  **June 30, 2008**

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE